**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

BELINDA TRUJILLO,

    Plaintiff,

v.                                                                               **No. 1:25-cv-00797-KG-LF**

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

**THIS MATTER** having come before the Court upon the Parties' Joint Motion to Dismiss with Prejudice for an Order dismissing the Complaint and all causes of action stated therein or which could have been stated therein by Plaintiff against Defendant on the grounds that all matters in controversy by Plaintiff against Defendant have been fully resolved; and the Court having reviewed the pleadings and noting the concurrence of all counsel, and being fully advised in the premises, FINDS:

    1.    That it has jurisdiction over the parties and the subject matter of this suit;

    2.    Said Motion is well taken and should be granted.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Complaint and all causes of action stated therein, or which could have been stated therein, filed by Plaintiff, Belinda Trujillo, against Defendant, State Farm Fire and Casualty Company, be and hereby are dismissed, with prejudice, with each party to bear her/its own attorney's fees and costs incurred.

**IT IS SO ORDERED.**

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

**SUBMITTED AND APPROVED BY:**

**ALLEN LAW FIRM, LLC**

*/s/ Meena H. Allen*
MEENA H. ALLEN
6121 Indian School Road, NE, Suite 230
Albuquerque, New Mexico 87110
(505) 298-9400
mallen@mallen-law.com

*Attorneys for Defendant State Farm Fire and Casualty Company*

**VANDENBOUT LAW, PLLC**

*/s/ Lawrence A. VandenBout (approved 02/13/2026)*
Lawrence A. VandenBout
Joshua D. Eihausen
1550 Wewatta St., Floor 2
Denver, CO 80202
(720) 901-2985
lawrence@vandenboutlaw.com
josh@vandenboutlaw.com

*Attorneys for Plaintiff*